IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> PENTA DENVER LLC, et al., <br><br> Defendants. | No. C 13-80249 WHA <br><br> **JUDGMENT** |

For the reasons stated in the accompanying order adopting the report and recommendation of Magistrate Judge Jacqueline Scott Corley, **FINAL JUDGMENT IS HEREBY ENTERED** against defendant Tarun S. Patel. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 27, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE