IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> PENTA DENVER LLC, et al., <br><br> Defendants. | No. C 13-80249 WHA <br><br> **ORDER OF REFERRAL TO MAGISTRATE JUDGE JACQUELINE CORLEY** |

A December 2013 order stated "[a]ll matters related to post-judgment collections, including the pending motion for assignment order and motion for order charging membership interest of judgment debtor in a limited liability company (Dkt. Nos. 2, 3), are hereby referred a magistrate judge" (Dkt. No. 4). In January 2014, Magistrate Judge Jacqueline Corley's report and recommendation was adopted (Dkt. Nos. 10, 12). Judgment was entered (Dkt. No. 13).

On March 4, plaintiff filed a "motion for order charging membership interest of judgment debtor Mukesh J. Mowji in limited liability company [Lemoore Crossings LLC]," noticed for April 10 (Dkt. No. 15). The parties are reminded of the December 2013 order and that all matters related to post-judgment collections are referred to Magistrate Judge Corley.

**IT IS SO ORDERED.**

Dated: March 6, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE