IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> PENTA DENVER LLC, et al., <br><br> Defendants. | No. C 13-80249 WHA <br> No. C 13-80275 WHA <br><br> **ORDER RE NOTICE OF RELATED ACTIONS** |

The undersigned judge is aware of the "notice of related cases" filed by plaintiff Choice Hotels International, Inc. Given the fortuity that both actions were randomly-assigned to the same judge, there is no need to relate them.

**IT IS SO ORDERED.**

Dated: March 9, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE