United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHOICE HOTELS INTERNATIONAL, INC.,

    Plaintiff,

  v.

PENTA DENVER, LLC, et al.,

    Defendants.

No. C 13-80249 WHA

**ORDER RE APPLICATIONS FOR APPEARANCE AND EXAMINATION AND MOTIONS FOR ASSIGNMENT AND CHARGING ORDERS**

In this miscellaneous action, Magistrate Judge Corley issued a report and recommendation that defendant/judgment debtor Mukesh Mowji's interest in Pracrea, Inc. be assigned to plaintiff Choice Hotels International, Inc. (Dkt. No. 28). Subsequently, plaintiff filed for, and received, an order for appearance and examination of Mukesh Mowji (Dkt. No. 34). Mr. Mowji has been ordered to appear on September 2, 2014. Plaintiff has stated that it intends to apply for additional orders for appearance and examination (Dkt. No. 33). In the interests of efficiency:

1. All applications for appearance and examination shall be filed by **AUGUST 19** at **NOON**.

2. Within **ONE WEEK** of the examination of Mr. Mowji and of any other appearances that are ordered, plaintiff shall file a brief (not to exceed ten pages) setting forth what the record shows regarding the value, if any, of Pracrea Inc.

3. All motions for assigning or charging orders shall be filed by **OCTOBER 6, 2014**.

4. All applications and motions should be promptly personally served on respondents, and proper certificates of service must be filed with the court.

5. Plaintiff shall personally serve Magistrate Judge Corley's order for appearance and examination (Dkt. No. 34) on Mr. Mowji, and shall file a proper certificate of service with the court by **NOON** on **AUGUST 18, 2014**.

**IT IS SO ORDERED.**

Dated: August 12, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2