IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHOICE HOTELS INTERNATIONAL, INC.,

    Plaintiff,

  v.

PENTA DENVER, LLC, et al.,

    Defendant.

No. C 13-80249 WHA

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Choice Hotels International, Inc. registered a default judgment in this district. Choice Hotels then filed a motion for an assignment order. No opposition was filed. Magistrate Judge Jacqueline Scott Corley then issued a report and recommendation that Choice Hotels' motion be granted. No objection was filed. Defendant was then given one last opportunity to oppose the motion and file objections. That deadline has long passed. No opposition or objections were filed. Mukesh J. Mowji then did not appear for a debtor examination.

Having considered the record, this order **ACCEPTS** and **ADOPTS** in full Magistrate Judge Corley's report and recommendation. The motion for an assignment order is **GRANTED**. Defendant Mukesh J. Mowji's interest, if any, in his rights to payment of money due or to become due, whether styled accounts receivable, general intangibles, accounts, deposit accounts, royalties, fees, commissions, or otherwise, from his business activities involving Pracrea Inc. are hereby assigned to plaintiff to the extent necessary to satisfy the $129,849.48 judgment.

**IT IS SO ORDERED.**

Dated: October 31, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE