United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHOICE HOTELS INTERNATIONAL, INC.,

        Plaintiff,                     No. C 13-80249 WHA

   v.

PENTA DENVER, LLC, et al.,              **REQUEST FOR PROOF OF SERVICE**

        Defendants.

                              /

      A report and recommendation stated that "Plaintiff shall personally serve a copy of this report and recommendation on the judgment debtors and file a certificate of service" (Dkt. No. 82). Plaintiff has until **5:00 P.M. ON FEBRUARY 10, 2015**, to file a signed, sworn declaration explaining in detail all efforts taken to personally serve Magistrate Judge Corley's report and recommendation on Mukesh Mowji and Tarun Patel. Please append proofs of service, signed by the process server.

      By **FEBRUARY 10, 2015**, plaintiff shall personally serve Mowji and Patel with this order. Mowji and Patel have until **FEBRUARY 24, 2015**, to file objections and responses to Magistrate Judge Corley's report and recommendation that they be held in contempt. Failure to timely file an objection may (or may not) result in contempt. Plaintiff has until **FEBRUARY 11, 2015 AT NOON**, to file proofs of service stating that this order has been promptly personally served on Mowji and Patel.

Dated:   February 5, 2015.

                               WILLIAM ALSUP
                               UNITED STATES DISTRICT JUDGE