IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> PENTA DENVER, LLC; PENTA HOSPITALITY, LLC; TARUN S. PATEL; MUKESH J. MOWJI; and ANIL R. PATEL, <br><br> Defendants. | No. C 13-80249 WHA <br><br> **ORDER ADVANCING HEARING RE OBJECTION TO REPORT AND RECOMMENDATION TO HOLD JUDGMENT DEBTORS IN CIVIL CONTEMPT** |

The Court is in receipt of Magistrate Judge Jacqueline Scott Corley's report and recommendation to hold Mukesh Mowji and Tarun Patel in civil contempt (Dkt. No. 82). The Court is also in receipt of Mukesh Mowji and Tarun Patel's objection and motion, noticed for a hearing on April 2 (Dkt. No. 92). The hearing is hereby **ADVANCED TO MARCH 26, 2015 AT 8:00 A.M.** Choice Hotel International, Inc.'s response and opposition (not to exceed five pages) is due by **MARCH 10 AT NOON**. No replies, please. Counsel for both sides (Attorneys Timothy Aires and Heather Norton) as well as Mukesh Mowji and Tarun Patel shall please appear in person at the hearing.

**IT IS SO ORDERED.**

Dated: March 3, 2015

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE