IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHOICE HOTELS INTERNATIONAL, INC.,

    Plaintiff,

v.

PENTA DENVER, LLC; PENTA HOSPITALITY, LLC; TARUN S. PATEL; MUKESH J. MOWJI; and ANIL R. PATEL,

    Defendants.

No. C 13-80249 WHA

**REQUEST FOR RESPONSE**

The March 26 hearing was set by a March 3 order (Dkt. No. 93). Nevertheless, defendants Mukesh Mowji and Tarun Patel waited until March 23 to move to continue the March 26 hearing to April 2, allegedly based on travel plans they scheduled in January 2015 (Patel Decl. ¶¶ 2, 5; Mowji Decl. ¶¶ 2, 5). Plaintiff has until **8 P.M. TONIGHT (MARCH 23)**, to respond to defendants' motion to continue the hearing to April 2.

Dated: March 23, 2015.

                            WILLIAM ALSUP
                            UNITED STATES DISTRICT JUDGE