United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHOICE HOTELS INTERNATIONAL, INC.,

    Plaintiff,

v.

PENTA DENVER, LLC; PENTA HOSPITALITY, LLC; TARUN S. PATEL; MUKESH J. MOWJI; and ANIL R. PATEL,

    Defendants.
    /

No. C 13-80249 WHA

**ORDER CONTINUING HEARING TO APRIL 2**

Even though defendants should not have waited until 3:35 p.m. today to move to continue the hearing, since both sides have stated no conflict for April 2 (Dkt. Nos. 95, 97), the March 26 hearing is hereby continued to **APRIL 2 AT 8:00 A.M.** To this extent, defendants' motion to continue is hereby **GRANTED**. Please be on time. No more continuances.

**IT IS SO ORDERED.**

Dated: March 23, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE