UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL INC., <br><br> Plaintiff, <br><br> v. <br><br> PENTA DENVER LLC; PENTA HOSPITALITY LLC; TARUN S. PATEL; MUKESH J. MOWJI; ANIL R. PATEL, <br><br> Defendants. | Case No. 3:13-mc-80249 (WHA) <br><br> (~~PROPOS~~ED) ORDER RE: (1) GRANTING MOTION OF JUDGMENT CREDITOR CHOICE HOTELS INTERNATIONAL INC. FOR ORDER RE: ISSUANCE OF EARNINGS WITHHOLDING ORDER AGAINST EARNINGS OF TRUSHITA PATEL, SPOUSE OF JUDGMENT DEBTOR TARUN S. PATEL; (2) DENYING CLAIM OF EXEMPTION [WAGE GARNISHMENT] <br><br> [F.R.C.P., Rule 69; C.C.P. §§695.020, 703.110, 703.115, 703.580 and 706.109] <br><br> DATE: June 11, 2015 <br> TIME: 9:00 a.m. <br> CTRM: F |

   The motion of Judgment Creditor Choice Hotels International Inc. for order re: issuance of earnings withholding order against earnings of Trushita Patel, spouse of Judgment Debtor Tarun S. Patel, as well as the claim of exemption [wage garnishment] of Judgment Debtor Tarun S. Patel, and his spouse, Trushita Patel, both came on regularly for hearing on June 11, 2015 in Courtroom F of this Court, the Honorable Jacqueline Scott Corley, Magistrate Judge, presiding.  Timothy Carl Aires, Esq. for Aires Law Firm appeared for Judgment Creditor Choice Hotels International Inc.  Heather Norton, Esq. appeared for

Judgment Debtor Tarun S. Patel, and his spouse, Trushita Patel. No other appearances were made. After considering the papers submitted in support of the motion, and in opposition thereto (including the claim of exemption [wage garnishment]), as well as argument of counsel, good cause and a need for order having been shown, now, therefor,

IT IS HEREBY ORDERED that, pursuant to F.R.C.P., Rule 69, <u>Code of Civil Procedure</u> §§695.020 and 706.109, an earnings withholding order shall be issued against the earnings of Trushita Patel, spouse of Judgment Debtor Tarun S. Patel.

IT IS HEREBY FURTHER ORDERED that, pursuant to F.R.C.P., Rule 69, <u>Code of Civil Procedure</u> §§703.110, 703.115, and 703.580, the claim of exemption [wage garnishment] of Judgment Debtor Tarun S. Patel, and his spouse, Trushita Patel, is denied.

DATED: June 19, 2015

*[signature: Jacqueline Scott Corley]*

HONORABLE JACQUELINE SCOTT CORLEY
MAGISTRATE JUDGE